affirmed, with $10 costs and disbursements. Order filed.

---

LEVENE, Respondent, v. LEVENE, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Nellie Levene against Louis Levene. J. J. Lazaroe, of New York City, for appellant. J. V. Rooney, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 165 App. Div. 953, 150 N. Y. Supp. 708.

LEVIN, Respondent, v. JUDITSKY, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Ida Levin against Max B. Juditsky. No opinion. Judgment and order affirmed, with costs. See, also, 153 N. Y. Supp. 1125.

LEVINE et. al., Respondents, v. DANZIG, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Harry Levine and others against Morris Danzig, impleaded with others. A. P. Wilkes, of New York City, for appellant. O. B. Ruskay, of New York City, for respondents. No opinion. Determination affirmed, with costs. Order filed. For opinion below, see 152 N. Y. Supp. 962.

---

LEVINE et al. v. ORENTLICH et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Harry Levine and others against Harry Orentlich and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 153 N. Y. Supp. 1125.

LEVY, Respondent, v. BROOKLYN HEIGHTS R. Co., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Julius Levy against the Brooklyn Heights Railroad Company. D. A. Marsh, of Brooklyn, for appellant. W. S. Evans, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $604.71, in which event judgment, as so modified, and order affirmed, without costs. Settle order on notice.

LEVY, Respondent, v. KELLNER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Appeal from Special Term, New York County. Action by Leopold Levy against Henry B. Kellner, impleaded with others. From an order denying a motion to direct the chamberlain of the city of New York to pay defendant Kellner a balance of money deposited with him, said defendant appeals. Reversed, and motion granted. Charles Meyers, of New York City, for appellant. John D. Connolly, of New York City, for respondent.

PER CURIAM. The order appealed from is reversed, with $10 costs and disbursements, and the motion granted, requiring the chamberlain to pay to the defendant Kellner the amount on deposit with the chamberlain in excess of $4,-500; said $4,500 to be retained by the chamberlain pending the final disposition of the action. Settle order on notice.

LEWIS, Appellant, v. AUBURN PUB. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by George A. Lewis against the Auburn Publishing Company. No opinion. Motion for leave to appeal (from 154 N. Y. Supp. 1130) to Court of Appeals denied, with $10 costs.

LITTLER v. JOFFE et al. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Ashley C. L. Littler against Benjamin Joffe and others. No opinion. Motion granted, on appellant giving an undertaking to pay any damages sustained by respondent by reason of the stay in the sum of $1,000. Settle order on notice.

---

LILLEY, Appellant, v. TOWN OF TOMPKINS, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Peter Lilley, as administrator, etc., of Raymond Lilley, deceased, against the Town of Tompkins.

PER CURIAM. Judgment and order affirmed, with costs.

HOWARD, J., dissents.

---

LILLIS et al., Respondents, v. SUPREME TRIBE OF BEN HUR, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by John Lillis and another against the Supreme Tribe of Ben Hur. No opinion. Judgment and order affirmed, with costs.

---

In re LOCKWOOD. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) In the matter of Catherine M. Lockwood, an incompetent person. No opinion. Motion granted, and appeal dismissed, with $10 costs, unless appellant file and serve printed papers within 10 days, and be ready to argue the appeal on the 30th day of November, 1915.

LOCKWOOD, Respondent, v. UNITED STATES STEEL CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Luke V. Lockwood against the United States Steel Corporation. R. C. Bolling, of New York City, for appellant. R. L. Redfield, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Lockwood v. U. S. Steel Co., 209 N. Y. 375, 103 N. E. 697, L. R. A. 1915C, 471; Travis v. Knox Terpezone Co., 215 N. Y. 259, 109 N. E. 250. Order filed. See, also, 153 App. Div. 655, 138 N. Y. Supp. 725.

LOEW v. GILLESPIE. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by John T. Loew against Albert D. Gillespie. No opinion. Application granted. Order signed. See, also, 90 Misc. Rep. 616, 153 N. Y. Supp. 880.

---

L. TANENBAUM, STRAUSS & CO., Inc., Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by L. Tanenbaum, Strauss & Co., Incorporated, against Edna Wilson and others. H. S. Hertwig, of